Michael R. Reese
*mreese@reeserichman.com*
Carl S.M. Hum
*chum@reeserichman.com*
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York  10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM BERKSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOGO LLC and GOGO Inc.,<br><br>Defendants. | **Case No. 1:14-cv-01199-LBW-LW**<br><br>**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Class Certification Pursuant to Federal Rule of Civil Procedure 23, dated February 25, 2014 ("Memorandum of Law"), Plaintiff Adam Berkson ("Plaintiff") hereby moves this Court for an Order, pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, certifying the above-captioned action as a class action; certifying the classes as defined in Plaintiff's accompanying Memorandum of Law; appointing the Plaintiff as the class representative; and, appointing Plaintiff's counsel, Reese Richman LLP, as class counsel.

Dated: February 25, 2014                                             Respectfully submitted,

                                                                                               */s/ Michael R. Reese*
Michael R. Reese
*mreese@reeserichman.com*
Carl S.M. Hum
*chum@reeserichman.com*
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff
and the Proposed Class*